UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

In the Matter of

MICAELA CRUZ on her own behalf and on behalf of her minor child, A.C., and DONTAY CRUZ, on his own behalf,

Plaintiffs,

v.

CITY OF CHICAGO, et al.,

Defendants.

No. 20 CV 00250

Judge Steven C. Seeger

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**DEFENDANT, OFFICER ROBERTO RAMIREZ**

| **SIGNATURE** |
| --- |
| /s/Larry S. Kowalczyk |
| **FIRM** |
| Querrey & Harrow, Ltd. |
| **STREET ADDRESS** |
| 175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP** |
| Chicago, IL 60604 |

| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| --- | --- |
| 6225367 | 312/540-7000 |

| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES   X        NO** |
| --- |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES           NO  X** |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES   X        NO** |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES  X  NO** |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.** |
| **RETAINED COUNSEL                        APPOINTED COUNSEL** |